UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

v.                                        No. 8:21-cv-2524-SDM-TGW

BILL NELSON, et al.,

   *Defendants*.

_____/

## NOTICE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 4(l), the undersigned lead attorney for the Plaintiff hereby certifies and files the following proof of service:

1) That I mailed by certified mail, returned receipt, the summons (Doc. 5) with copies of the complaint (Doc. 1) to each of the Defendants: Bill Nelson, Administrator of the National Aeronautics and Space Administration; the National Aeronautics and Space Administration; the United States of America through the U.S. Attorney's Office for the Middle District of Florida; Joseph R. Biden, Jr., President of the United States; the Federal Acquisition Regulatory Council; Lesley A. Field, Acting Administrator for Federal Procurement, Office of Management and Budget; John M. Tenaglia, Principal Director of Defense Pricing and Contracting, Department of Defense; Jeffrey A. Koses, Senior Procurement Executive and Deputy Chief Acquisition Officer, General Services Administration; Karla S. Jackson, Assistant

Administrator for Procurement, National Aeronautics and Space Administration; Shalanda D. Young, Acting Director of the Office of Management and Budget; Office of Management and Budget; the General Services Administration; and Robin Carnahan, General Services Administrator.

2) That pursuant to Rule 4(i)(1)(B) & (i)(2) and 28 CFR § 0.77, the U.S. Attorney General has been served via the U.S. Department of Justice, Justice Management Division with a copy of the documents listed in paragraph one for each of the Defendants.

3) That on October 29, 2021, the United States Postal Service provided certified mail receipts to me for the fourteen packages sent certified priority mail. The receipts are attached hereto as Exhibit A.

4) That the United States Postal Service website[1] tracking information confirms delivery of the fourteen certified priority mail packages. The delivery confirmations are attached hereto as Exhibit B.

5) That the last of the fourteen packages was delivered today, November 8, 2021.

I make these proof of service statements under 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true, correct, and complete to the best of my current knowledge.

---

[1] https://tools.usps.com/go/TrackConfirmAction_input

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

*/s/ James H. Percival*
James H. Percival* (FBN 1016188)
DEPUTY ATTORNEY GENERAL OF LEGAL POLICY
*Lead Counsel

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Natalie P. Christmas (FBN 1019180)
ASSISTANT ATTORNEY GENERAL OF LEGAL POLICY

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this 8th day of November, 2021.

/s/ <i>James H. Percival</i>
James H. Percival
