UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                         CASE NO. 8:21-cv-2524-SDM-TGW

BILL NELSON, et al.,

    Defendants.
_____/

## ORDER

In accord with the notice of compliance, the parties must conform to the following schedule.

    1.    Not later than **NOVEMBER 17, 2021**, and in a brief not exceeding forty pages, the defendants must respond to Florida's motion for a preliminary injunction.

    2.    Not later than **NOVEMBER 29, 2021**, and in a brief not exceeding fifteen pages, Florida may reply.

    3.    Oral argument on the motion for preliminary injunction will occur on **DECEMBER 7, 2021, at 9:00 a.m.** in Courtroom 15A, United States Courthouse, 801 N. Florida Avenue, Tampa, FL 33602.

ORDERED in Tampa, Florida, on November 8, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE