UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                        CASE NO. 8:21-cv-2524-SDM-TGW

BILL NELSON, et al.,

    Defendants.
_____/

## ORDER

The joint motion (Doc. 19) to amend the complaint and to modify the briefing schedule on the motion for a preliminary injunction is **GRANTED**. The parties must conform to the schedule and page limits proposed in page two of the motion.

ORDERED in Tampa, Florida, on November 15, 2021.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE