UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES - GENERAL

| CASE NO.: | 21-cv-2524-SDM-TGW | DATE: | December 7, 2021 |
|---|---|---|---|
| HONORABLE STEVEN D. MERRYDAY | | | |
| **STATE OF FLORIDA,** Plaintiff v. **BILL NELSON, et al.,** Defendants | | PLAINTIFF COUNSEL James Hamilton Percival, II, Natalie Christmas | |
| | | DEFENSE COUNSEL Vinita Andrapalliyal Zachary A. Avallone | |
| COURT REPORTER: Bill Jones | | DEPUTY CLERK: | Derek Young |
| TIME: | 9:02 AM – 9:53 AM 10:34 AM – 11:51 AM | TOTAL: 2 hours 8 minutes | |
| | | COURTROOM: | 15A |

**PROCEEDINGS: Preliminary Injunction**

All parties present and identified for the record.

Plaintiff (James Percival II) gives opening argument for (Doc.10) Preliminary Injunction.
Defense (Zachary Avallone) gives argument against (Doc. 10) Preliminary Injunction.
Plaintiff (James Percival II) gives rebuttal argument.
Defense (Zachary Avallone) gives response to plaintiff's rebuttal.

The court takes the Preliminary Injunction under advisement.