IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

|  |  |  |
|---|---|---|
| STATE OF FLORIDA, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 8:21-cv-2524-SDM-TGW |
| BILL NELSON, in his official capacity as Administrator of NASA et al., | ) | |
| Defendants. | ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants hereby notify this Court of a decision issued today by the United States District Court for the Eastern District of Washington in *Donovan v. Vance*, No. 4:21-cv-5148-TOR (E.D. Wash., Dec. 17, 2021) ("Order") denying a request to preliminarily enjoin Executive Order 14042. A copy of the Order is attached to this notice, and pages 15–17 of that Order supplement Defendants' discussion about the scope of the Procurement Act. *See* Defs.' Opp'n to Pls.' Mot. for a Prelim. Inj. at 14–23, ECF No. 21; Defs.' Sur-reply in Opp'n to Pls.' Mot. for a Prelim. Inj. and Am., at 2–4, ECF No. 26.

DATED: December 17, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Director

/s/ Zachary A. Avallone
Vinita B. Andrapalliyal
Zachary A. Avallone
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12400
Washington, D.C. 20005
(202) 514-2705
Zachary.a.avallone@usdoj.gov

*Counsel for Defendants*