UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                                CASE NO. 8:21-cv-2524-SDM-TGW

BILL NELSON, et al.,

    Defendants.
_____/

## PRELIMINARY INJUNCTION AND ORDER

A December 22, 2021 order (Doc. 37) grants Florida's motion for preliminary injunction on the claim that Executive Order 14042 exceeds the President's authority under FPASA. The December 22, 2021 order permits the parties to propose a preliminary injunction.

In accord with the parties' jointly proposed preliminary injunction (Doc. 39-1), the defendants are **PRELIMINARILY ENJOINED** from enforcing within Florida any contract clause requiring compliance with the COVID Safety Protocols for Federal Contractors described in Executive Order No. 14042, Ensuring Adequate COVID Safety Protocols for Federal Contractors, 86 Fed. Reg. 50,985 (Sept. 9, 2021), or from denying Florida a government contract based on Florida's

refusal to agree to such a contract clause.  No security bond is required under Federal Rule of Civil Procedure 65(c).

ORDERED in Tampa, Florida, on December 30, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE