## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA

STATE OF FLORIDA,

     Plaintiff,

    v.

BILL NELSON, in his official capacity
as Administrator of NASA, et al.,

     Defendants.

No. 8:21-cv-2524-SDM-TGW

## NOTICE OF APPEAL

  PLEASE TAKE NOTICE that all Defendants hereby appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's Opinion and Order, ECF Nos. 37 and 40, granting Plaintiffs' motion for a preliminary injunction, ECF No. 10.

DATED: January 12, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRAD P. ROSENBERG
Assistant Director

*/s/ Zachary A. Avallone*
VINITA ANDRAPALLIYAL
ZACHARY A. AVALLONE
LEE REEVES
KEVIN WYNOSKY
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12400
Washington, D.C. 20005
(202) 514-2705
zachary.a.avallone@usdoj.gov

*Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

On January 12, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Middle District of Florida, using the electronic case filing system of the Court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Zachary A. Avallone*
ZACHARY A. AVALLONE
Trial Attorney
U.S. Department of Justice
