UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

     Plaintiff,

v.                                 CASE NO. 8:21-cv-2524-SDM-TGW

BILL NELSON, et al.,

     Defendants.

_____/

## ORDER

The parties' joint motion (Doc. 42) to stay this action pending appeal is

**GRANTED**.  This action (but not the preliminary injunction) is **STAYED**.

ORDERED in Tampa, Florida, on January 19, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE