# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 26, 2022

Clerk - Middle District of Florida
U.S. District Court
801 N FLORIDA AVE
TAMPA, FL 33602-3849

Appeal Number: 22-10165-AA
Case Style: State of Florida v. Administrator, National Aeronautics and Space Admi, et al
District Court Docket No: 8:21-cv-02524-SDM-TGW

The enclosed copy of the Clerk's Order of Dismissal pursuant to appellant's motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: T. L. Searcy, AA/lt
Phone #: (404) 335-6180

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-10165-AA

_____

STATE OF FLORIDA,

                        Plaintiff - Appellee,

versus

ADMINISTRATOR, NATIONAL AERONAUTICS AND SPACE
ADMINISTRATION,
NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,
PRESIDENT OF THE UNITED STATES,
UNITED STATES OF AMERICA,
FEDERAL ACQUISITION REGULATORY COUNCIL,
ACTING ADMINISTRATOR, FEDERAL PROCUREMENT, OFFICE
OF MANAGEMENT AND BUDGET,
PRINCIPLE DIRECTOR OF DEFENSE PRICING AND
CONTRACTING, DEPARTMENT OF DEFENSE,
SENIOR PROCUREMENT EXECUTIVE & DEPUTY CHIEF
ACQUISITION OFFICER, GENERAL SERVICES ADMINISTRATION,
ASSISTANT ADMINISTRATOR FOR PROCUREMENT, NATIONAL
AERONAUTICS AND SPACE ADMINISTRATION,
ACTING DIRECTOR OF THE OFFICE OF MANAGEMENT AND BUDGET,
OFFICE OF MANAGEMENT AND BUDGET,
GENERAL SERVICES ADMINISTRATION,
GENERAL SERVICES ADMINISTRATOR,

                        Defendants - Appellants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellants USA, President of the United States, Office of Management and Budget, General Services Administration, Administrator, National Aeronautics and Space Administration, Federal Acquisition Regulatory Council, Acting Adminisrator, Federal Procurement, Principle Director of Defense Pricing and

Contracting, Department of Defense, Senior Procurement Executive & Deputy Chief Acquisition Officer, General Services Administration, Assistant Administrator for Procurement, National Aeronautics and Space Administration, Acting Director of the Office of Management and Budget and General Services Administrator is GRANTED by clerk [9789264-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective October 26, 2022.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION