UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

    Plaintiff,

v.                                        CASE NO. 8:21-cv-2524-SDM-TGW

BILL NELSON, et al.,

    Defendants.
_____/

## ORDER

A January 19, 2022 order (Doc. 44) stays this action pending resolution of the defendants' appeal of a preliminary injunction. Although the defendants voluntarily dismiss (Doc. 46) the appeal, the parties jointly move (Doc. 47) to maintain the stay pending "possible changes to [Executive Order] 14042's implementation." The joint motion is **GRANTED**. This action remains **STAYED**. Not later than **MARCH 31, 2023**, the parties must report the status of the action and propose a day on which to dissolve the stay.

ORDERED in Tampa, Florida, on November 9, 2022.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE