UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STATE OF FLORIDA,

   *Plaintiff*,

v.                                                  No. 8:21-cv-2524-SDM-TGW

BILL NELSON, et al.,

   *Defendants*.

_____/

**JOINT STATUS REPORT**

In compliance with this Court's order, Doc. 48, the parties submit this joint status report. The parties agree that this case should not be stayed indefinitely. The parties also agree, however, with continuing the stay until the public health emergency declaration expires on May 11, 2023. The parties therefore propose that the stay end on May 25, 2023. The parties will confer between May 11 and May 25 and submit a proposal regarding further proceedings on or before May 25, 2023.

Respectfully submitted,

Ashley Moody
ATTORNEY GENERAL

/s/ James H. Percival
James H. Percival* (FBN 1016188)
CHIEF OF STAFF
*Lead Counsel

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
james.percival@myfloridalegal.com

*Counsel for the State of Florida*

John Guard (FBN 374600)
CHIEF DEPUTY ATTORNEY GENERAL

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Natalie P. Christmas (FBN 1019180)
COUNSELOR TO THE ATTORNEY GENERAL


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

BRAD P. ROSENBERG
Special Counsel

/s/ Kevin Wynosky
ZACHARY A. AVALLONE
KEVIN WYNOSKY (PA Bar No. 326087)
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Room 12400
Washington, D.C. 20005
(202) 616-8267
Kevin.J.Wynosky@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which provides notice to all parties, on this 29th day of March, 2023.

*/s/ James H. Percival*
James H. Percival
