UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| STATE OF FLORIDA,<br>　　　　Plaintiff,<br>　　v.<br>BILL NELSON et al.,<br>　　　　Defendants. | No. 8:21-cv-2524-SDM-TGW |

**STIPULATION OF DISMISSAL**

On May 9, 2023, President Biden signed an Executive Order revoking Executive Order 14042, which had required certain parties contracting with the Federal Government to follow specified COVID-19 safety protocols. Section 2 of the May 9 Executive Order notes, "[a]gency policies adopted to implement Executive Order 14042," "to the extent such policies are premised on th[at] order[], no longer may be enforced and shall be rescinded consistent with applicable law." *See* https://perma.cc/E8AQ-CK4B.

Consistent with the May 9 Executive Order, the Safer Federal Workforce Task Force has posted a notice to a website stating that "all prior guidance from the Safer Federal Workforce Task Force implementing the requirements of Executive Order 14042 has also been revoked." *See* https://perma.cc/X7K4-MY85. According to that notice, "the Federal Government will not take any steps to require covered contractors and subcontractors to come into compliance with previously issued Task Force guidance implementing Executive Order 14042 and will not enforce any existing contract

clauses implementing Executive Order 14042." It further states that "[a]gencies must promptly rescind any deviations, policies, or other guidance premised on Executive Order 14042, and the FAR Council has revoked its September 30, 2021 guidance regarding deviations to the FAR to implement Executive Order 14042."

In light of these developments, the State of Florida hereby dismisses this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) based on its understanding that all of its claims are moot. Each side shall bear their own fees and costs.

| DATED: May 23, 2023 | Respectfully submitted, |
|---|---|
| Ashley Moody<br>ATTORNEY GENERAL | BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General |
| John Guard (FBN 374600)<br>CHIEF DEPUTY ATTORNEY GENERAL | BRAD P. ROSENBERG<br>Special Counsel |
| /s/ James H. Percival<br>James H. Percival* (FBN 1016188)<br>CHIEF OF STAFF<br>*Lead Counsel | /s/ Kevin Wynosky<br>ZACHARY A. AVALLONE<br>KEVIN WYNOSKY<br>(PA Bar No. 326087)<br>Trial Attorneys |
| Henry C. Whitaker (FBN 1031175)<br>SOLICITOR GENERAL | U.S. Department of Justice<br>Civil Division<br>Federal Programs Branch |
| Natalie P. Christmas (FBN 1019180)<br>COUNSELOR TO THE ATTORNEY GENERAL | 1100 L Street NW, Room 12400<br>Washington, D.C. 20005<br>(202) 616-8267 |
| Office of the Attorney General<br>The Capitol, Pl-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>james.percival@myfloridalegal.com | Kevin.J.Wynosky@usdoj.gov<br><br>*Counsel for Defendants* |
| *Counsel for the State of Florida* | |

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2023, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ James H. Percival*
James H. Percival
